# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPS Supply Chain Solutions Inc et al<br><br>PLAINTIFF(S)<br>v.<br>DDR International Recycling LLC et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:13-cv-04950-ABC-E<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

   It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

   Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

   "Donald McCorquodale"

   "Morrison Cowan"

   "Richard Cook"

   "DDR International Recycling LLC
      dba DDR Recycling USA"

Clerk, U. S. District Court

June 10, 2014                                    By  Linda Williams
Date                                             Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)